# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) |
| Plaintiffs, | ) No. 1:25-cv-258-MPB-MJD ) |
| v. | ) ) |
| CRI CONSTRUCTION, INC., an Indiana domestic for-profit corporation | ) ) ) ) |
| Defendant. | ) |

## AGREED JUDGMENT ORDER

**THIS CAUSE** coming on to be heard upon the agreement of the parties, the Court having determined that the parties have agreed to the amount of damages to be awarded.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment is hereby entered in favor of Plaintiffs, MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS (the "FUNDS"), and against CRI CONSTRUCTION, INC in the total amount of Twenty-six thousand, five hundred forty-three and 86/100 dollars ($26,543.86) in resolution of all claims January 1, 2021 through April 22, 2024.

2. This is a final and appealable order.

DATED:_____

ENTER:_____
                JUDGE

CRI CONSTRUCTION, INC

s/ Todd Miller
By: One of their Attorneys


MATT RHODES TRUSTEE AND
INDIANA STATE COUNCIL OF PLASTERERS
AND CEMENT MASONS HEALTH AND
WELFARE AND PENSION FUNDS

s/ Donald D. Schwartz
By: One of their Attorneys