UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:25-cv-00258-JRS-KMB ) |
| CRI CONSTRUCTION, INC., | ) ) |
| Defendant. | ) |

**ORDER**

The Parties have filed an Agreed Judgment Order in this case. [Dkt. 22.] That filing will be reviewed by the District Judge in due course and signed if appropriate. Given that it appears that the Parties have agreed on terms that will resolve this case, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**. The Clerk is **directed** to covert the filing at dkt. 22 into a motion by adding a gavel to it in CM/ECF so that it is clear the Parties are requesting an action by the Court.

**SO ORDERED**.

Date: 9/24/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email