### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) |
| Plaintiffs, | ) No. 1:25-cv-258-MPB-MJD ) |
| v. | ) ) |
| CRI CONSTRUCTION, INC., an Indiana domestic for-profit corporation | ) ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN LLP, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order removing document entry #22 from the electronic court filing system.

In support thereof, Plaintiffs state:

1. On September 24, 2025, Plaintiffs filed an Agreed Judgment Order. This document was docketed as document entry #22.

2. Plaintiffs mistakenly filed the Agreed Judgment Order under the wrong notice which was Acceptance with Offer of Judgment.

3. Plaintiffs will refile with the correct notice.

WHEREFORE, Plaintiffs pray that this Court enter an order withdrawing document entry #22 from the public court file in this case.

          Respectfully submitted,
          MATT RHOADES et al


          <u>By: /s/ Donald D. Schwartz</u>
          One of their Attorneys

Donald D. Schwartz
Arnold and Kadjan, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
Telephone: (312) 236-0415
E-mail: dds@aandklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of September 2025, a copy of the foregoing Motion to Withdraw was filed electronically. Notice of this filing will be sent to the following parties via U.S. mail.

      CRI CONSTRUCTION, INC.
      c/o its Registered Agent, James S. Butts
      119 East Center Street, #B5
      Warsaw, IN 46580-0000

      /s/ Donald D. Schwartz
      Counsel for Plaintiff

Donald D. Schwartz
Arnold and Kadjan, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
Telephone: (312) 236-0415
E-mail: dds@aandklaw.com