# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) |
| Plaintiffs, | ) No. 1:25-cv-258-MPB-MJD ) |
| v. | ) ) |
| CRI CONSTRUCTION, INC., an Indiana domestic for-profit corporation | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Withdraw Docket No. 22. The Court, being duly advised in the premises, GRANTS said motion.

IT IS THEREFORE ORDERED that the Clerk of the Court is DIRECTED to mark Document No. 22 as WITHDRAWN.

Dated this _____ day of _____, 2025.

DATED: _____

ENTER: _____
**CLERK**

By: /s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
(312) 236-0415
dds@aandklaw.com