IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:25-cv-258-MPB-MJD |
| v. | ) |
| CRI CONSTRUCTION, INC., an Indiana domestic for-profit corporation | )<br>) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Withdraw Docket No. 22. The Court, being duly advised in the premises, GRANTS said motion.

IT IS THEREFORE ORDERED that the Clerk of the Court is DIRECTED to mark Document No. 22 as WITHDRAWN.

Date: 9/25/2025

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.