IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>                Plaintiffs,<br><br>                v.<br><br>CRI CONSTRUCTION, INC., an Indiana domestic for-profit corporation<br><br>                Defendant<br><br>                v.<br><br>                Garnishee Defendant | No. 1:25-cv-258-JRS-KMB |

**MOTION TO ENFORCE JUDGMENT BY PROCEEDINGS SUPPLEMENTAL**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, LLP respectfully request this Honorable Court to enforce judgment by proceedings supplemental. In support thereof, Plaintiffs state:

1. The Plaintiffs own a judgment obtained in this Court, against Defendant, CRI CONSTRUCTION, INC on the 25th day of September 2025 for the sum of $26,543.86 plus attorney's fees and cost.

2.. Plaintiffs' efforts have failed to reveal any property of the Defendant, which would be susceptible to levy of execution.

3.. Plaintiffs demand that Defendant, CRI CONSTRUCTION, INC be ordered to appear before the Court to answer as to Defendant's non-exempt property subject to execution and proceedings supplemental to execution; and, that the Defendant be ordered to apply such property towards satisfaction of the Judgment.

**WHEREFORE**, the Plaintiffs pray and request that the Court issue an order requiring Defendant, CRI CONSTRUCTION, INC to appear before the Court to answer as to Defendant's non-exempt property subject to execution and proceedings supplemental to execution and further, that said Defendant, CRI CONSTRUCTION, INC be ordered to apply such property toward satisfaction of the Judgment.

                                            Respectfully submitted
                                            MATT RHOADES, et. al.

                                            /s/ Donald D. Schwartz
                                            Attorney for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601
(312) 236-0415
dds@aandklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November 2025, a copy of the foregoing MOTION TO ENFORCE JUDGMENT BY PROCEEDINGS SUPPLEMENTAL was filed electronically. Copies of this filing will be sent to the following parties via U.S. Mail, First class, postage prepaid.

>Todd Miller
>Allocco, Miller, & Cahill, P.C.
>20 N. Wacker Drive Suite 3517
>Chicago, IL 60606

>/s/ Donald D. Schwartz
>Attorney for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601
(312) 236-0415
dds@aandklaw.com