IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>     Plaintiffs,<br><br>     v.<br><br>CRI CONSTRUCTION, INC., an Indiana domestic for-profit corporation<br><br>     Defendant<br><br>     Garnishee Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 1:25-cv-258-JRS-KMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO APPEAR AT HEARING UPON PROCEEDINGS SUPPLEMENTAL TO EXECUTION

This Court having examined the Plaintiffs' Motion to Enforce the Judgment and having determined that the Motion meets the requirements of law, the Court makes the following Order:

1. The Garnishee Defendant is hereby ordered to appear in this Court, Room _____, U.S. District Court, Indianapolis Division, U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana, in person at _____ o'clock \_\_\_\_m. on the _____ day of _____, 2025, to answer as to Defendant's property, income and profits subject to execution and to claim Defendant's exemption with reference hereto. A copy of this Order, along with a copy of Plaintiffs' Motion to Enforce the Judgment, shall be served upon Defendant, CRI CONSTRUCTION, INC in accordance with Rule 5 of the Federal Rules of Civil Procedure.

2. Defendant, CRI CONSTRUCTION, INC. is advised by this Court that disobedience of this Order may be punished as contempt. Unless you appear and defend at the time stated above and claim any exceptions allowed by law, any property, income, and profits described in Plaintiffs' Motion or established at the hearing to be or become yours may be

applied or ordered to be applied towards payment of Plaintiffs' Judgment by the Court as on default. Any claim or defense you may have in response to this Order may be raised at the hearing without written answer.

    All of which is ORDERED this ___ day of _____, 2025.

                                                        _____
                                                        Honorable Judge

Copies To:

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, IL 60601
(312) 236-0415

Todd Miller
Allocco, Miller, & Cahill, P.C.
20 N. Wacker Drive Suite 3517

Chicago, IL 60606

CRI CONSTRUCTION, INC.
c/o its Registered Agent, Christopher Whitehead
7285 W 600 North
Larwill, IN 46764

Case 1:25-cv-00258-JRS-KMB   Document 28-1   Filed 11/10/25   Page 2 of 2 PageID #: 97