IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) |
| Plaintiffs, | ) No. 1:25-cv-258-JRS-KMB ) |
| v. | ) ) |
| CRI CONSTRUCTION, INC., an Indiana domestic for-profit corporation | ) ) ) ) |
| Defendant | ) ) |
| PNC Bank<br>Attn: Legal Department<br>220 W Market St<br>Warsaw, IN 46580 | ) ) ) ) |
| Garnishee Defendant. | ) |

**MOTION FOR PROCEEDINGS SUPPLEMENTAL
TO ANSWER INTERROGATORIES**

The Plaintiffs petition the Court and say:

1. The Plaintiffs own a judgment obtained in this Court, against Defendant, CRI CONSTRUCTION, INC., on the 1st day of October for the sum of $26,543.86. Defendant owes $26,543.86 on the judgment.

2. The Plaintiffs have discovered through diligent search and inquiry that Garnishee Defendant, PNC Bank is a debtor to Defendant, CRI CONSTRUCTION INC

3. Plaintiffs prays that this court order Garnishee Defendant, PNC Bank, to place a hold on funds of Defendant up to the amount of the Judgment.

**WHEREFORE**, Plaintiffs pray and request that the Court issue an order requiring the above-noted Garnishee Defendant, PNC Bank, to answer interrogatories under oath concerning all monies or other property being held for or due or about to become due to the Defendant, and

return same to Plaintiffs on or before the date set out in said Interrogatories, and that the Court thereafter issue an appropriate order to apply said property towards the Judgment pursuant to statute, and that Garnishee Defendant, PNC Bank be ordered to place a hold on all of Defendants assets up to the amount of the judgment.

                                                     Respectfully submitted,
                                                     MATT RHOADES, et. al.

                                                     /s/ Donald D. Schwartz
                                                     Attorney for Plaintiffs

Donald D. Schwartz
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
(312) 236-0415
dds@aandklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day November 2025, a copy of the foregoing Motion for Proceedings Supplemental to Answer Interrogatories will be sent to the following parties via U.S. Mail, First class, postage prepaid.

        Todd Miller
        Allocco, Miller, & Cahill, P.C.
        20 N. Wacker Drive Suite 3517
        Chicago, IL 60606

        /s/ Donald D. Schwartz
        Attorney for Plaintiffs

Donald D. Schwartz
Arnold and Kadjan, LLP
35 E. Wacker Dr, Ste 600
Chicago IL 60601
(312) 236-0415
dds@aandklaw.com

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) |
| Plaintiffs, | ) No. 1:25-cv-258-JRS-KMB ) |
| v. | ) ) |
| CRI CONSTRUCTION, INC., an Indiana domestic for-profit corporation | ) ) ) |
| Defendant | ) ) **)** |
| PNC Bank<br>Attn: Legal Department<br>220 W Market St<br>Warsaw, IN 46580 | ) ) ) ) ) |
| Garnishee Defendant. | ) |

### **PLAINTIFFS' INTERROGATORIES TO GARNISHEE DEFENDANT**

To Garnishee Defendant:   PNC Bank
　　　　　　　　　　　　　Attn: Legal Department
　　　　　　　　　　　　　220 W Market St
　　　　　　　　　　　　　Warsaw, IN 46580

The following Interrogatories are addressed to you by the Plaintiffs, pursuant to Rule 33 of the Federal Rules of Civil Procedure. You are required to answer these Interrogatories separately and fully in writing, under oath, and to serve a copy of your answer upon the attorney for Plaintiffs within thirty (30) days after the Interrogatories are served upon you.

1.　Has the Defendant, CRI CONSTRUCTION, INC., had checking or savings accounts of any description and kind whatsoever, with PNC Bank since **October 1, 2025** up to and including the date of these Interrogatories?

ANSWER:

2. If the answer to Interrogatory No. 1 is in affirmative, please provide the account number or numbers for each such account and the current balance, in dollars and cents, for each such account and for which Garnishee Defendant, PNC Bank, has any monies owing to Defendant or is in any way indebted to Defendant.

ANSWER:


3. If the answer to Interrogatory No. 2 is in affirmative, please provide the account number or numbers or other identifying characteristics of the items requested in Interrogatory No. 2 and amount, in dollars and cents, for each item.

ANSWER:


4. Identify the person or persons answering these Interrogatories and identify any other person or persons possessing more knowledge concerning the information requested.

ANSWER:


_____
Signature

Name (Printed): _____

Title: _____


Subscribed and sworn to before me, in the County of_____

State of _____, on this _____ day of_____, 2025

My Commission Expires: _____

County of Residence: _____